ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

KEVIN K. OTTEY-BEY

                Plaintiff,

      -against-

JEREMY SCHEUBLIN, Commanding Officer for

New York City Police Department's 52nd

Precinct; ANTHONY TACCETTA, New York City Police

Detective, Shield No. 5128;  YILDY PEREZ-

MORALES, New York City Police Officer Shield No.

18300; NICO MARTINO, New York City Police Officer,

Shield No. 6781, and; NICHOLAS KONNER, New

City Police Officer, Shield No.9715, JAMES MCCORMACK,

a Police Officer for the City of New York, Shield No. 28199

and; the New York City Police Department

(All defendants are sued in their individual

and official capacities)

                Defendant(s).

--------------------------------------------------------------------------------x



Civ. No._____

CV 22-3019

GONZALEZ, J.

BLOOM, M.J.

## VERIFIED CIVIL RIGHTS COMPLAINT

### JURY TRIAL DEMANDED

I. Jurisdiction and Venue

   1. This is a civil rights action authorized by 42 U.S.C. 1983, 1985 and 1986. The Court has jurisdiction under 28 U.S.C. Sections 139(b) and 1331 (a), 1333 (a).

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Sections 2201, 2202, and 2401(a).

2. The United States District Court for the Eastern District of New York is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it was within the Eastern District of New York, where the acts set forth herein were committed by each of the defendants against the plaintiff.

II. Parties

3. Plaintiff, KEVIN K. OTTEY-BEY, is and was at all times mentioned herein a recognized member of the Moorish indigenous nation of North America and resident of the State Of New York, residing at 361 Kosciuszko Street, Brooklyn, New York 11221. The Plaintiff is and was at all times relevant to the facts set forth herein a duly authorized and registered Constitutional Sheriff of the indigenous Moorish Nation.

4. Defendant JEREMY SCHEUBLIN, is and was at all times relevant herein employed at the defendant New York City Police Department as Commander of the 52nd Precinct at 3016 Webster Avenue, Bronx, New York 10467, and on February 26, 2022, defendant Scheublin denied access to the Precinct, and right to serve a civil notice upon his subordinate, defendants Nico Martino and Nicholas Konner

5.. Defendant, ANTHONY TACCETTA, is and was at all times set forth herein a detective and member of the New York City Police Department, and along with defendant NICO MARTINO, a Police Officer of the New City Police Department, and YILDY PEREZ-MORALES also a Police were acting under color of New York State law conspired to execute an unlawful arrest of Plaintiff on March 4, 2022, and unlawful seizure of Plaintiff's property at 361 Kosciuszko Street, Brooklyn, New York. Defendant Taccetta maintains his principal office at New York City Police Departments' 52nd Precinct at 3016 Webster Avenue, Bronx, New York 10467

6. Defendant NICO MARTINO, is and was at all times set forth herein a Police Officer and member of the New York City Police Department and was acting in such capacity along with defendants Anthony Taccetta and defendant Yilda Perez-Morales on March 4, 2022, and executed the warrantless arrest of Plaintiff at his 361 Kosciuszko Street, Brooklyn, New York 11221. Defendant Martino maintains his principal office at New York City Police Departments' 52 Precinct, 3016 Webster Avenue, Bronx, New York 10467.

7. Defendant YILDY PEREZ-MORALES, is and was at all times set forth herein acting in her official capacity as a Police Officer with the New York City Police Department and acting under color of law conspired with defendants Martino, Taccetta and Konner to create a pretense for manufacturing a false criminal report against Plaintiff on March 4, 2022. Defendant Perez-Morales maintains her principal office at the New York City Police Departments' 52nd Precinct located at 3016 Webster Avenue, Bronx, New York 10467.

8. Defendant NICHOLAS KONNER, is and was at all times set forth herein acting in his official capacity as a Police Officer with the New York City Police Department on March 4, 2022, and member of the New York City Police Departments' 52nd Precinct located at 3016 Webster Avenue, Bronx, New York 10467 and engaged in an ongoing conspiracy to execute a warrantless arrest and seizure of property from Plaintiff at 361 Kosciuszko Street, Brooklyn, New York 11221.

9. Defendant JAMES MCCORMACK, is and was at all times set forth herein acting in his official capacity as a Police Officer for the City of New York and acting in concert with defendants Martino, Konner,

Taccetta, Perez Morales under color of law to execute a warrantless arrest of Plaintiff and seizure of his personal property on March 4, 2022 *2120 RYER AVE BRONX, NY 10457*

10. Defendant, NEW YORK CITY POLICE DEPARTMENT is and was at all times mentioned herein the official and corporate entity operating pursuant to Title 38 of the New York City Rules. Defendant was previously made aware of abusive and discriminatory conduct of its agents and employees against Plaintiff, wherein the Plaintiff was specifically targeted in a conspiratorial manner for bogus arrests while the same were acting under color of law on October 5, 2020. A claim was filed with the New York City Law Department by one Raymond Elvis Gazer, Esq. on Plaintiff's behalf relating to the October 5, 2020, wrongful arrest and detention that was subsequently dismissed. *1 Police Plaza, NY. NY 10038*

Plaintiff reserves the right pursuant to Rule 15 of the Federal Rules of Civil Procedure to submit an ("Amended Complaint") upon discovering the names of additional of the defendants.

III. Facts and General Allegations

11. In 2020, Plaintiffs' attorney one Ray Gazer, Esq. filed a Notice of Intent with the Office of the Corporate Counsel for the City of New York, following the unlawful and racially discriminatory actions of members of the New York City Police Department on October 5, 2020. Kindly refer to the Plaintiff's hereto attached exhibit (a).

12. That Plaintiff's October 5th 2020 arrest had been properly dismissed. See Plaintiff's hereto attached exhibit (b).

13. On or about September 1st 2021,  and March 2nd 2022, Plaintiff did  serve  notice upon the defendant, New York City Police Department,  concerning his official status as a Moorish Sheriff, and supplied his identifying credentials. Kindly, refer to Plaintiff's hereto attached exhibits (c ) and (d).

14. At approximately 8:40 a.m. on March 4, 2022, the defendants and a phalanx of uniformed and plain clothed New York City Police officers came onto Plaintiff's property at 361 Kosciuszko Street, Brooklyn, New York and banged on his front door. Upon opening his front door the defendants reached into Plaintiff's residence and forcibly pulled him outside and handcuffed him. Unbeknownst to defendants' their warrantless abduction and forcible removal of Plaintiff from his residence was captured by surveillance cameras. Refer to Plaintiff's hereto attached exhibit (e).

15. Plaintiff repeatedly requested to see an arrest warrant and was ignored.

16. From March 4, 2022, until March 28, 2022, Plaintiff was not brought before the court, however, was brought several times to medical centers for examination and treatment for injuries he sustained following his warrantless arrest and subsequent assault and battery by defendant. See, Plaintiff's hereto attached exhibits (f), (g) and (h).

17. Following Plaintiff's March 26, 2022, arraignment in  Brooklyn, New York

Plaintiff was ordered to be released in his own recognizance by the Court, only to be taken again into custody by detectives from the 52nd Precinct's Detectives' Squad at Brooklyn Criminal Court and transported to the 52nd Precinct in the Bronx, where defendants Scheublin, Martino, Konner, Perez-Morales and Taccetta are assigned. Plaintiff discovered that defendants' arrest report and/or

criminal complain had deliberately presented fraudulent information into the arrest report concerning the place of their arrest of Plaintiff, as well, as other clearly erroneous facts.

18. Unbeknownst, to defendants there existed actual video footage recording their March 4, 2022, warrantless abduction of Plaintiff, depicting defendant McCormack, when he physically grabbed Plaintiff and dragged him from the inner doorway of his residence. Such video directly belies defendants official narrative on New York City Police Department official government forms that Plaintiff was arrested after stepping out of his residence.

19. Defendants March 4th 2022, illegal conduct described herein above at enumerated paragraph no. 18, represents a continuation of their pattern and practice of specifically targeting Plaintiff, in retaliation for Plaintiff filing a Notice of Intent upon defendants for their October 5th 2020, wrongful arrest.

20.Plaintiff continues to suffer physical pain from the defendants March 4, 2022, unlawful abduction and assault and battery, while they were acting under color of state law.

IV. Causes of Action & Damages

Count I

21. Plaintiff repeats and realleges each allegation contained in Paragraphs 11 through 20 of this Complaint as though such allegations were fully set forth herein.

22. Plaintiff had a right under Section 1981 of the Civil Rights Act of 1866, as amended, 42 U.S.C. 1981, et seq. to be free from discrimination based on his race and religion in the "making, performance, modification and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contgractual relationship," including the relationship he sought with the defendants on September 1st 2021, and March 2, 2022, upon service of notices to defendants.

23. Defendants acted out of racial animus in denying Plaintiff his federally protected rights and intentionally subjected him to repeated conspiratorial pretexts for arrests for the exercise of his rights, which included the deliberate filing of official documents containing false narratives to bolster their unlawful arrest while operating under color of law. Hence, defendants' acts give rise to claims under 42 U.S.C. Sections 1983, 1985, and 1986 respectively.

24. The defendants are liable to Plaintiff jointly and severally for compensatory damages under 42 U.S.C. Sec. 1981 for their intentional acts and omissions that caused Plaintiff to sustain and endure severe emotional distress, mental anguish, disgust, revulsion, embarrassment, disparagement, unlawful abduction and seizure of property, and well, asa physical injuries requiring medical treatment.

25. Defendant, New York City Police Department and defendant Scheublin as Commanding Officer of the 52nd Precinct knew that their agents and subordinate employees had entered into a ongoing conspiracy to target Plaintiff for fraudulent arrests utilizing the authority granted them by the defendant New York City Police Department and defendant Scheublin, all while acting under color of law and are liable in an amount of at least $3,000,000, or as determined by the trier of fact.

Count II

Compensatory and Punitive Damages Pursuant to State Law For

Intentional Infliction of Emotional Distress

26. Plaintiff repeats, realleges, and fully incorporates by reference each and every allegation contained in Paragraphs nos. 11, through 20 of this Complaint as though such allegations were fully set forth herein.

27. Defendants acted with malice and reckless indifference towards Plaintiff's federally protected rights, singling him out for discriminatory treatment because he is an indigenous person, Constitutional Sheriff and representative of the Moorish Sciience Temple of America.

28. Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## V. Jury Demand

29. Plaintiff respectfully requests trial by jury in this matter.

## VI. Prayer

30. WHEREFORE, Plaintiff demands judgment against defendants New York City Police Department, defendants Scheublin, Taccetta, Perez-Morales, Martino, and MCCormack individually for damages of at least $1,000,000 for compensatory damages and at least $10,000,000 for punitive damages, or in an amount to be determined by the jury, and for such other and further relief as the Court shall deem just and proper.

Dated: May 24, 2022                    Respectfully submitted,

Sworn and Subscribed to on the 23

day of May 2022                        Kevin Ottey-Bey, Plaintiff, pro se

                                       361 Kosciuszko Street

                                       Brooklyn, New York 11221

ISMAIL HOSSAIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HO6314179
Qualified in Kings County, Certificate Filed in New York County
Commission Expires November 3, 2022



*EXHIBIT A*

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-D6

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:**  ○ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | Kevin |
| *First Name: | Ottey |
| *Address: | 361 Kosciuszko Street |
| Address 2: | |
| *City: | Brooklyn |
| *State: | NEW YORK |
| *Zip Code: | 11221 |
| *Country: | USA |
| Date of Birth: | 08/03/1980  *Format: MM/DD/YYYY* |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | |
| *Email Address: | amarukhanllc@gmail.com |
| *Retype Email Address: | amarukhanllc@gmail.com |
| Occupation: | Consultant |

City Employee?  ○ Yes  ● No  ○ NA

Gender  ● Male  ○ Female  ○ Other

● **Attorney is filing.**

### Attorney Information (If claimant is represented by attorney)

| | |
|---|---|
| Firm or Last Name: | Law Offices of Raymond Elvis Gazer |
| Firm or First Name: | |
| Address: | 64-04 Hull Avenue |
| Address 2: | |
| City: | Maspeth |
| State: | NEW YORK |
| Zip Code: | 11378 |
| Tax ID: | |
| Phone #: | (917) 848-0527 |
| *Email Address: | REGazer@aol.com |
| *Retype Email Address: | REGazer@aol.com |

### The time and place where the claim arose

| | |
|---|---|
| *Date of Incident: | 10/05/2020  *Format: MM/DD/YYYY* |
| Time of Incident: | 5:40 PM  *Format: HH:MM AM/PM* |
| *Location of Incident: | On a public highway in front of 3210 Webster Avenue, Bronx, New York, 10467 |
| Address: | |
| Address 2: | |
| City: | New York |
| *State: | NEW YORK |
| Borough: | BRONX |

*** Denotes required fields. A Claimant OR an Attorney Email Address is required.**



New York City Comptroller
Scott M. Stringer

A - 2

**\*Manner in which
claim arose:**

Claimant Kevin Ottey was lawfully operating a vehicle in which he was in lawful possession on a public highway. He was not violating any laws or committing any traffic infractions when he was stopped and illegally seized by Police Officer Nico Martino, Shield Number 6781, of the 52nd Police Precinct of the New York City Police Department and other members of the New York City Police Department.  Mr.  Ottey was pulled over, taken out of the car, and arrested without any probable cause or reasonable suspicion therefor.  He was accused of not having a valid New York State Driver's License and possessing an illegal knife, neither of which were true.  He was falsely arrested and imprisoned by Officer Martino and others, who then caused a malicious and unlawful prosecution to be instituted against him without probable cause and based on false and misleading statements.

While in police custody, Mr. Ottey was subjected to ridicule and forced to forego his religious and political beliefs. He remained in police custody without being presented to a judge or magistrate for eight days.  The ensuing malicious prosecution of Mr. Ottey lasted for well over six months until the matter was dismissed in his favor on April 20th, 2021.

*\* Denotes required field.*



New York City Comptroller
Scott M. Stringer

A-3

| **The items of damage or injuries claimed are (include dollar amounts):** | False arrest |
| --- | --- |
| | False imprisonment |
| | Malicious Prosecution |
| | Violation of Civil Rights pursuant to 42 U.S.C. 1983 |
| | Unfair Trial |
| | Assault |
| | Battery |
| | Violation of the Fourth Amendment to the United States Constitution |
| | Violation of the Fourteenth Amendment to the United States Constitution |
| | Violation of the First Amendment of the United States Constitution |
| | Violation of applicable provisions of the New York State Constitution |
| | Shame |
| | Humiliation |
| | Emotional Distress |
| | Degradation |
| | Deprivation of Liberty |
| | All Damages are continuing and ongoing and have yet to be finally calculated. |

# BRONX CRIMINAL COURT

265 E 161 Street, Bronx, NY 10451

*EXHIBIT B*

Court ORI: NY062033J

**NO FEE**
Non-Public
Version

The People of the State of New York
vs.
**Kevin Ottey**

**Certificate of Disposition**
Docket Number:    **CR-014689-20BX**

CJTN:
NYSID:

Defendant DOB: **08/30/1980**      Arrest Date: **10/08/2020**      Arraignment Date: **10/13/2020**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Bronx Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 265.01 01 AM Crim Poss Weap-4th:Firearm/Wep **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 04/20/2021 |
| 2 | VTL 0509 01 1 MV License Viol:No License **SEALED 160.50** | I | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 04/20/2021 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated:    **October 15, 2021**

**Chief Clerk/Clerk of the Court**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 or 160.59 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)] Charges may not be the same as the original arrest charges.

CPL 160.50:    All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

EXHIBIT
C







## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20224

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To IRS HEADQUARTERS ATTN: TO ALL IT MAY CONCERN
Street and Apt. No., or PO Box No. IIII CONSTITUTION AVENUE, NW
City, State, ZIP+4 WASHINGTON DC 20224

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

## CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Albany, NY 12231

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To SECRETARY OF STATE OF NEW YORK ROSSANA ROSADO, 1 COMMERCE PLAZA
Street and Apt. No., or PO Box No. 99 WASHINGTON AVE, 6TH FL
City, State, ZIP+4 ALBANY, NY 12231

7021 0950 0001 6030 4961

PS Form 3800, April 2015 PSN 02-000-9047   See Reverse for Instructions

---

*EXHIBITS D*

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To ATTORNEY GENERAL SESSIONS U.S. DEPARTMENT OF JUSTICE
Street and Apt. No., or PO Box No. 950 PENNSYLVANIA AVENUE, NW
City, State, ZIP+4 WASHINGTON, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

![USPS Logo] **UNITED STATES POSTAL SERVICE®**

### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Moor Sheriff Bey
**Amarukhan Consultations**

361 Kosciuszko Street
Brooklyn, NY 11221

To: NYC POLICE COMMISSIONER
KEECHANT SEWELL
1 POLICE PLAZA PATH
NEW YORK, NY 10038

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

### Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **Amarukhan Consultations**

361 Kosciuszko Street
Brooklyn, NY 11221
Non-Domestic
Outside the United States

To: NYS ATTOR. GENERAL
LETITIA JAMES
28 LIBERTY STREET
NEW YORK, NY 10005

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

U.S. POSTAGE PAID
BROOKLYN, NY
11206
AMOUNT
**$1.65**
R2305P149778-01



U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11206
MAR 02 22
AMOUNT
**$1.65**
R2305P149778-01

Certificate Mail



# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20226

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

Sent To ATF HEADQUARTERS DIRECTOR REGINA LOMBARDO
Street and Apt. No., or PO Box No. 99 NEW YORK AVE, NE
City, State, ZIP+4 WASHINGTON, DC 20226

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8431

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Albany, NY 12224

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

D-1

Sent To GOVERNOR OF NEW YORK STATE ACTING GOVERNOR
Street and Apt. No., or PO Box No. NYS STATE CAPITOL BLDG
City, State, ZIP+4 ALBANY, NY 12224

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8448

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10038

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

Sent To NYC POLICE COMMISSIONER DERMOT F. SHEA
Street and Apt. No., or PO Box No. 1 POLICE PLAZA PATH
City, State, ZIP+4 NEW YORK NY 10038

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8424

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10038

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

Sent To NYC SHERIFF'S OFFICE JOSEPH FUCITO
Street and Apt. No., or PO Box No. 66 JOHN STREET, 13TH FL
City, State, ZIP+4 NEW YORK, NY 10038

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8417

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

Sent To U.S. DEPT OF JUSTICE MERRICK GARLAND EX
Street and Apt. No., or PO Box No. 950 PENNSYLVANIA AVE, NW
City, State, ZIP+4 WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8400

---

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20229

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.96

Total Postage and Fees $5.71

Postmark Here
09/01/2021

Sent To U.S. CUSTOMS AND BORDER PROTECTION COMMISSIONER TROY MILLER
Street and Apt. No., or PO Box No. 1300 PENNSYLVANIA AVE, NW
City, State, ZIP+4 WASHINGTON, DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0002 0640 8349



# NewYork-Presbyterian

*F*

| YOUR BILL AT A GLANCE | |
|---|---:|
| Physician Charges: | $686.00 |
| Hospital Charges: | $2,219.00 |
| Total Charges: | $2,905.00 |
| Total Payments & Adjustments: | $213.69 |
| **Account Balance:** | **$3,118.69** |

| | |
|---|---|
| Guarantor Number: | 1007238979 |
| Patient Name: | Kevin Ottey |
| Primary Insurance: | No Insurance on File |
| Secondary Insurance: | No Insurance on File |

| Date | Description | Charges | Payments/ Adjustments | Balance |
|---|---|---:|---:|---:|
| **Physician Charges** | | | | |
| 3/4/2022 | **Location: NYP Medical Group/Brooklyn Methodist** <br> *Visit Number: 800003831711  Provider:Steven E Newman, MD* | $686.00 | $0.00 | |
| | **ENCOUNTER BALANCE** | | | **$686.00** |
| **Hospital Charges** | | | | |
| 3/4/2022 | **Location: NewYork-Presbyterian Brooklyn Methodist Hospital** <br> *Visit Number: 800003831097* | $2,219.00 | $213.69 | |
| | **ENCOUNTER BALANCE** | | | **$2,432.69** |

Pay Online: www.myconnectnyc.org
Questions or to pay by phone, call: 866-252-0101

| ACCOUNT BALANCE | $3,118.69 |
|---|---:|

IF WE DO NOT HAVE YOUR INFORMATION, OR IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR
LAST STATEMENT, PLEASE INDICATE...

**PATIENT INFORMATION**

Your Name (Last, First, Middle Initial)          Date of Birth

Address

City                     State                     Zip

Telephone
(     )
Social Security #

Employer's Name                          Telephone
                                         (     )
Employer's Address

City                     State                     Zip

Please Indicate if Applicable:          Date of Injury
☐ AUTO ACCIDENT
☐ WORKER'S COMPENSATION

**INSURANCE INFORMATION**

Your PRIMARY Insurance Company's Name

Primary Insurance Company's Address

City                     State                     Zip

Policyholder Name               Date of Birth          Sex

Policyholder's ID Number                Group Plan Number

Your SECONDARY Insurance Company's Name

Secondary Insurance Company's Address

City                     State                     Zip

Policyholder Name               Date of Birth          Sex

Policyholder's ID Number                Group Plan Number

**TBHC RADIOLOGY PC**
PO BOX 13641
PHILADELPHIA PA 19101-3641



The Brooklyn Hospital Center
*Keeping Brooklyn healthy.*

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.

☐ MasterCard   ☐ VISA   ☐ DISCOVER   ☐ AMERICAN EXPRESS

CARD NUMBER                                    SECURITY CODE

NAME ON CARD (PLEASE PRINT)                    EXP. DATE

SIGNATURE                                      AMOUNT

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 05/11/2022 | 475653b10 | $12.28 |

Patient: KEVIN OTTEY

0000000475653B1000000001228OTTEY&&&&&&&&

KEVIN OTTEY                          01082
361 Kosciuszko St
Brooklyn NY 11221-0650

**TBHC RADIOLOGY PC**
PO BOX 13641
PHILADELPHIA PA 19101-3641

05/11/2022

**RE: KEVIN OTTEY**
**PAST DUE: $12.28**
**ACCT #: 475653b10**

Dear KEVIN OTTEY

It has come to our attention that your account balance remains past due.  Is there a reason that payment has not been made?

Should you have any questions regarding your outstanding balance, please feel free to call the billing department at (800)480-3127 between 9:00am and 3:00pm and they will be more than happy to discuss your account with you. We are also available to answer questions about your bill and accept insurance updates or other billing related information via our patient portal. If you would like to email us, send a secure message through https://www.mmri-ny.com/patient-portal

Please refer to the above credit card options that are available for your convenience in paying your outstanding balance.

Thank you for your prompt attention to this matter.

Sincerely,
TBHC Radiology Dept

If you are currently in bankruptcy please disregard this letter.



DM-RCP

MMRI0003-0991058-0000000-12570925-001-000202-#001119-0995





The Brooklyn Hospital Center
*Keeping Brooklyn healthy.*

*H*

PO Box 8770
Coral Springs, FL 33075

**24/7 ACCESS**

 **PAY ONLINE**
www.mymedpayment.com/brooklyn

 **BY PHONE**
at 888-605-7180

 **OR BY MAIL**
Use payment coupon below

---

**SUMMARY OF SERVICES AT: The Brooklyn Hospital Center**

| Service Date: 03/05/2022 | |
| --- | --- |
| **Description** | **Amount** |
| RADIOLOGY - DIAGNOSTIC | $239.39 |
| EMERGENCY ROOM | $2,032.87 |
| Total Payment and Adjustments | ($1,724.21) |
| **Total Balance Due** | **$548.05** |

**ACCOUNT SUMMARY**

| | |
| --- | --- |
| **PATIENT NAME:** Kevin Ottey | |
| **STATEMENT ID:** 13621050 | |
| **ACCOUNT NUMBER:** 2203237225 | |
| **BALANCE DUE: $548.05** | |

**ACCOUNT STATUS**     Statement Date - Mar 15 2022

Your account has a balance of $548.05. If you are
unable to pay this amount in full, or have any questions,
please contact Patient Financial Services.

If you have insurance coverage, please contact us
immediately so that we can bill your carrier for you.

---

**Current Payment Arrangements**

DUE UPON RECEIPT

---

**IMPORTANT INFORMATION**

***Make checks payable (and mail) to:***
The Brooklyn Hospital Center
PO Box 13572
Philadelphia, PA 19101-3572

Federal guidelines prohibit us from disclosing any account
information if you are not the patient or authorized representative.
In order to discuss such information, the patient or authorized
representative must provide consent.

**CONTACT INFORMATION**

Patient Financial Services: **(Toll Free) 1-888-605-7180**
Hours: Mon. - Thurs. 8:00am - 7:00pm,
    Fri. 8:00am - 5:00pm EST

To check your balance, make a payment, or request an
itemized statement, 24 hour access is available through
our automated system **(Toll Free) 1-888-605-7180**
OR **www.mymedpayment.com/brooklyn**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED

---

USPS USE ONLY
c/o The Brooklyn Hospital Center
PO Box 8770
Coral Springs, FL 33075

| | |
| --- | --- |
| **PATIENT NAME:** Kevin Ottey | |
| **STATEMENT ID:** 13621050 | |
| **ACCOUNT NUMBER:** 2203237225 | |
| **BALANCE DUE: $548.05** | |
| **ENCLOSED: $** _____ | |

INI_1 ▲ 0 0 1 2 4 4  B6

Kevin Ottey
361 Kosciuszko St
Brooklyn NY 11221-0650

The Brooklyn Hospital Center
PO Box 13572
Philadelphia, PA 19101-3572

2203237225000000548050P1

