UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN OTTEY-BEY,

                  Plaintiff,

  -against-

JEREMY SCHEUBLIN,
ANTHONY TACCETTA,
YILDY PEREZ-MORALES,
NICO MARTINO,
NICHOLAS KONNER,
JAMES MCCORMACK,
and NEW YORK CITY POLICE DEPARTMENT

                  Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

22-CV-3019 (RER) (LB)

**RAMÓN E. REYES, JR., United States District Judge:**

In a report and recommendation dated March 7, 2025, (ECF No. 37 (the "R&R")), Magistrate Judge Lois Bloom recommended that the Court dismiss this matter for failure to comply with Court Orders pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v). (*Id.*). Judge Bloom advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
───────────────────────
RAMÓN E. REYES, JR.
United States District Judge

Dated: March 25, 2025
       Brooklyn, NY